# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| THOMAS BURGESS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-00018-TRM-CHS |
| | ) | |
| vs. | ) | District Judge Travis R. McDonough |
| | ) | |
| COVENANT LOGISTICS GROUP INC., | ) | Magistrate Judge Christopher H. Steger |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION REGARDING AGREED ORDER

Pro-se Plaintiff Thomas Burgess ("Mr. Burgess") and Defendant Covenant Logistics Group, Inc. ("Covenant"), pursuant to Federal Rule of Civil Procedure 7(b), Local Rule 7.2 of the United States District Court for the Eastern District of Tennessee, Rule 4.8 of the Electronic Case Filing Rules and Procedures of the United States District Court for the Eastern District of Tennessee, and the Court's Order of April 27, 2026 (Doc. 49), jointly move for the Court's entry of the attached Agreed Order. In support of this motion, Mr. Burgess and Covenant state as follows:

1. On April 14, 2025, Mr. Burgess filed a motion to amend. (Doc. 46).

2. On April 15, 2026, the Court entered an order, denying, without prejudice, Mr. Burgess's motion to amend. (Doc. 47).

3. Following the denial of the motion to amend, Mr. Burgess and Covenant's counsel met and conferred regarding Mr. Burgess's desire to amend his Complaint (Doc. 1) and prepared the attached Agreed Order to address that desire. The proposed Agreed Order (together with Mr. Burgess's proposed First Amended Complaint) is attached as Exhibit 1.

WHEREFORE, Mr. Burgess and Covenant respectfully request the Court to enter the attached Agreed Order, granting Mr. Burgess leave to amend his Complaint (Doc. 1) by and through the filing of the attached First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), dismissing, with prejudice, Count 1 in his Complaint (Doc. 1, ¶¶ 54-130) pursuant to Federal Rule of Civil Procedure 41(a)(2), withdrawing, as moot, Defendant's Motion to Dismiss (Docs. 17, 17-1), and granting Covenant 30 days after Mr. Burgess's filing of the attached First Amended Complaint in which to answer the First Amended Complaint.

Respectfully submitted,

By:   /s/ Thomas Burgess (w/ express permission)
      Thomas Burgess

      1860 North Tamarind Ave.
      Apt. # 3
      West Palm Beach, FL 33407
      thomasb33407@outlook.com

      *Pro-se Plaintiff*

-and-

MILLER & MARTIN PLLC


By:   /s/ John R. Bode
      John R. Bode, BPR No. 011415

832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
Telephone: 423-756-6600
Facsimile: 423-785-8480
john.bode@millermartin.com

*Attorneys for Defendant*

2

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on April 28, 2026, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail.

    Thomas Burgess
    1860 North Tamarind Ave.
    Apt. # 3
    West Palm Beach, FL 33407
    thomasb33407@outlook.com
    bobo33407@gmail.com

      By:  /s/ John R. Bode
            John R. Bode